UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Elias W. Butkovich and
Eva Butkovich, individually
d/b/a Artcraft Printers,

Plaintiffs,

vs.

ORDER OF RECUSAL

C. Paul Carver, Attorney,
Ford Motor Company, John
D. Kelly, Attorney, and
Northwoods Ford-Lincoln-
Mercury,

Defendants.

Civ. No. 00-205(DWF/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 1st day of March, 2000.

* * *

In accordance with the provisions of Title 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter, and the file is transferred to Chief United States Magistrate Judge Franklin L. Noel for such reassignment as is deemed proper.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED MAR 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____