# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Elias W. Butkovich and Eva Butkovich
individually and d/b/a Artcraft Printers

Case No. Civil 00-205 DWF/JMM

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

C. Paul Carver, Attorney, John D. Kelly,
Attorney, Ford Motor Company and
Northwoods Ford-Lincoln-Mercury

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motions to dismiss are granted and the complaint is dismissed with prejudice.

DATE: April 5, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk